UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-3538-DMG(DTBx) | Date | JUNE 11, 2010 |
| Title | *The Franklin 1989 Revocable Family Trust v. H&R Tax Services, LLC* | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES

The court's records reflect that counsel for plaintiff, **Sarah V. Hanson**, has not submitted the required Application of Non-Resident Attorney to Appear in a Specific Case, along with the required fee of $185.00.

IT IS ORDERED that the matter is placed on this Court's calendar for *June 21, 2010 at 9:30 a.m.*, for an order to show cause why counsel should not be stricken as counsel of record.

If counsel files the application/response on or before the hearing date indicated above, the court will consider this a satisfactory response to the Order To Show Cause and will take the matter off calendar.


cc: all parties of record